Gladys C. COOLEY, Plaintiff—
Appellant,

v.

George TENET, Director, individually
and in his capacity as Director (Re-
tired) of the Central Intelligence
Agency; John McLaughlin, individu-
ally, and in his capacity as Acting
Director of the Central Intelligence
Agency; Porter J. Goss, individually
and in his official capacity as Nomi-
nated Director of the Central Intel-
ligence Agency; Regan V. Daniels,
individually and in his capacity as
investigator, Central Intelligence
Agency; Stanley M. Moskowitz, Di-
rector of Congressional Affairs, Cen-
tral Intelligence Agency; Kathryn I.
Dyer, Information and Privacy Coor-
dinator, Central Intelligence Agency;
Elizabeth York; Julie Lund, EEO
Director, Central Intelligence Agen-
cy, Defendants—Appellees.

No. 05–1102, 05–1522.

United States Court of Appeals,
Fourth Circuit.

Submitted July 11, 2005.

Decided Aug. 5, 2005.

Gladys C. Cooley, Appellant pro se.
Paul Joseph McNulty, United States At-
torney, Kevin Jason Mikolashek, Brian
Eugene Bentley, Office of the United
States Attorney, Alexandria, Virginia, for
Appellees.

Before WILKINSON, GREGORY, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

In these consolidated appeals, Gladys C.
Cooley appeals the district court's orders
dismissing her Freedom of Information
Act and employment discrimination claims.
We have reviewed the record and find no
reversible error. Accordingly, we affirm
for the reasons stated by the district court.
*See Cooley v. Tenet,* No. CA–04–1052–1
(E.D. Va. Jan. 10, 2005; Mar. 16, 2005).
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*AFFIRMED*